**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED CONNECTION TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> CANON U.S.A., INC., <br><br> Defendant. | No. C-12-6496 MMC <br><br> **ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

On January 21, 2013, plaintiff electronically filed its Amended Complaint. Plaintiff has violated the Civil Local Rules of this District and the Court's standing orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiff is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Plaintiff is hereby advised that if it fails in the future to comply with the Court's Standing Order to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely

1  provided to the Court.

2  **IT IS SO ORDERED.**

3

4  Dated:  January 29, 2013

_____
MAXINE M. CHESNEY
United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28