UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED CONNECTION TECHNOLOGY, INC. )<br>)<br>Plaintiff(s),  )<br>)<br>v.  )<br>)<br>CANON U.S.A., Inc.  )<br>)<br>Defendant(s).  )<br>_____ ) | Case No: CV 12-6496-MMC<br><br>**APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Kori Anne Bagrowski, an active member in good standing of the bar of the District of Columbia and Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Canon U.S.A., Inc. in the above-entitled action. My local co-counsel in this case is Martin L. Fineman (CSBN 104413), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Brinks Hofer Gilson & Lione<br>NBC Tower #3600, 455 N. Cityfont Plaza Drive<br>Chicago, IL  60611 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Davis Wright Tremaine LLP<br>505 Montgomery St., Ste 800<br>San Francisco, CA  94111 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>312/321-4200 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415/276-6500 |
| MY EMAIL ADDRESS OF RECORD:<br>kbagrowski@brinkshofer.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>martinfineman@dwt.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 494877 and 68398.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: February 12, 2013                                    /s/ Kori Anne Bagrowski
                                                                              APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Kori Anne Bagrowski is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 20, 2013                                   _____
                                                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE