UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADVANCED CONNECTION TECHNOLOGY, INC.   )
                                       )   Case No: CV 12-6496-MMC
              Plaintiff(s),             )
                                       )   **APPLICATION FOR**
   v.                                   )   **ADMISSION OF ATTORNEY**
                                       )   **PRO HAC VICE**
CANON U.S.A., Inc.                      )   (CIVIL LOCAL RULE 11-3)
                                       )
              Defendant(s).             )
                                       )

   I, Tadashi Horie, an active member in good standing of the bar of The State of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Canon U.S.A., Inc. in the above-entitled action. My local co-counsel in this case is Martin L. Fineman (CSBN 104413), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Brinks Hofer Gilson & Lione<br>NBC Tower #3600, 455 N. Cityfont Plaza Drive<br>Chicago, IL  60611 | Davis Wright Tremaine LLP<br>505 Montgomery St., Ste 800<br>San Francisco, CA  94111 |
| MY TELEPHONE # OF RECORD:<br>312/321-4200 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415/276-6500 |
| MY EMAIL ADDRESS OF RECORD:<br>thorie@brinkshofer.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>martinfineman@dwt.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6256941.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: February 12, 2013          /s/ Tadashi Horie
                                           APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

   IT IS HEREBY ORDERED THAT the application of Tadashi Horie is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  February 20, 2013          _____
                                   UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                          *October 2012*

American LegalNet, Inc.
www.FormsWorkFlow.com