UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADVANCED CONNECTION TECHNOLOGY, INC. )
)  Case No: CV 12-6496-MMC
                    Plaintiff(s),  )
)  **APPLICATION FOR**
   v.                               )  **ADMISSION OF ATTORNEY**
)  **PRO HAC VICE**
CANON U.S.A., Inc.                  )  (CIVIL LOCAL RULE 11-3)
)
                    Defendant(s).   )

   I, Ralph J. Gabric, an active member in good standing of the bar of The State of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Canon U.S.A., Inc. in the above-entitled action. My local co-counsel in this case is Martin L. Fineman (CSBN 104413), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Brinks Hofer Gilson & Lione<br>NBC Tower #3600, 455 N. Cityfont Plaza Drive<br>Chicago, IL  60611 | Davis Wright Tremaine LLP<br>505 Montgomery St., Ste 800<br>San Francisco, CA  94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 312/321-4200 | 415/276-6500 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rgabric@brinkshofer.com | martinfineman@dwt.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 06198485.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: February 12, 2013                            /s/ Ralph L. Gabric
                                                         APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

   IT IS HEREBY ORDERED THAT the application of Ralph J. Gabric is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  February 20, 2013                           *[signature: Maxine M. Chesney]*
                                                         UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE