Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Jing H. Cherng, Esq. (Cal. Bar No. 265017)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: dmount@mount.com, kspelman@mount.com,
    gcherng@mount.com

Counsel for Advanced Connection Technology Inc.

Martin L. Fineman (Cal. Bar. No. 104413)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: 415/276-6500
Facsimile: 415/276-6599
E-Mail: martinfineman@dwt.com

RALPH J. GABRIC (*Pro Hac Vice*)
TADASHI HORIE (*Pro Hac Vice*)
KORI ANNE BAGROWSKI (*Pro Hac Vice*)
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL  60611
Telephone:   312/312-4200
Facsimile: 312/321-4299
E-Mail: kbagrowski@brinkshofer.com; rgabric@brinkshofer.com
   thorie@brinkshofer.com

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED CONNECTION TECHNOLOGY, INC.,<br><br>            Plaintiff,<br>vs.<br>CANON U.S.A, INC.<br>            Defendant | Case No.  3:12-cv-6496-MMC<br>**ORDER GRANTING**<br>**Stipulated Request to Extend Case Management Deadlines Under Local Rule 6-2** |

1  Pursuant to Civil Local Rule 6-2, Plaintiff Advanced Connection Technology, Inc. ("ACT")
2  and Defendant Canon U.S.A., Inc. ("Canon"), collectively, "the parties," enter into this stipulation
3  based on the following facts:
4  1.  ACT filed its complaints against Canon (D.I. 1, Case No. 3:12-06496-MMC), Toshiba
5  America Information Systems, Inc. ("Toshiba") (D.I. 1, Case No. 5:12-cv-06489-PSG), and Hewlett-
6  Packard Company ("HP") (D.I. 1, Case No. 3:12-cv-06487-JSC) on December 21, 2012.
7  2.  On January 18, 2013, in anticipation of ACT's amended complaint, the parties
8  stipulated to extend Canon's time to answer or otherwise respond to amended complaint to February
9  28, 2013. (D.I. 5.) The stipulation did not otherwise affect the existing deadlines set by the Court.
10  3.  On January 21, 2013, ACT filed the amended complaint. (D.I. 6.)
11  4.  On March 7, 2013, counsel for the parties met and conferred under Rule 26(f). In the
12  course of this discussion the parties agreed that it would be beneficial to consolidate the claim
13  construction procedures for all three cases. Because of the different procedural postures of the
14  Canon, Toshiba, and HP cases, a continuance of the existing case deadlines would be appropriate to
15  allow the cases to align procedurally.
16  Accordingly, the parties stipulate and respectfully request that the Court continue the initial
17  case management conference to May 10, 2013. The parties anticipate that they will keep the Court
18  apprised of further developments in the consolidation efforts.

21  Date: March 13, 2013                   /s/  Jing Hong Cherng
22                                         Mount, Spelman & Fingerman, P.C.
                                           Counsel for Advanced Connection Technology Inc.

24  Date: March 13, 2013                   /s/  Tadashi Horie
25                                         Brinks Hofer Gilson & Lione
                                           Davis Wright Tremaine LLP
26                                         Counsel for Canon U.S.A., Inc.

1      PURSUANT TO STIPULATION, IT IS SO ORDERED.   Further, the parties shall file a
Joint Case Management Statement no later than May 3, 2013.

2

3  Date:   March 18, 2013

                                Hon. Maxine M. Chesney

4                                  United States District Judge