Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Jing H. Cherng, Esq. (Cal. Bar No. 265017)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: dmount@mount.com, kspelman@mount.com,
    gcherng@mount.com

Counsel for Advanced Connection Technology Inc.

Martin L. Fineman (Cal. Bar. No. 104413)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: 415/276-6500
Facsimile: 415/276-6599
E-Mail: martinfineman@dwt.com

RALPH J. GABRIC (*Pro Hac Vice*)
TADASHI HORIE (*Pro Hac Vice*)
KORI ANNE BAGROWSKI (*Pro Hac Vice*)
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL  60611
Telephone:  312/321-4200
Facsimile:   312/321-4299
E-Mail: kbagrowski@brinkshofer.com; rgabric@brinkshofer.com
   thorie@brinkshofer.com

Attorneys for Defendant Canon USA, Inc.

United States District Court
Northern District of California

| | |
|---|---|
| Advanced Connection Technology Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>Canon U.S.A, Inc.<br><br>    Defendant | Case No.  CV 12-6496-MMC<br><br>**Stipulated Request and [Proposed] Order Extending Case Management Deadlines Pending Resolution of ACT's Motion to Relate Cases**  Order Continuing Case Management Conference |

DWT 21857126v1 0090626-000002

1    Pursuant to Civil Local Rule 6-2, Plaintiff Advanced Connection Technology Inc. ("ACT")

2 and Defendant Canon U.S.A. Inc. ("Canon") enter into this stipulation based on the following facts:

3    1.    ACT filed its complaints against Canon, Toshiba America Information Systems, and

4 Hewlett Packard Company on December 21, 2012:

5        a.    *Advanced Connection Technology, Inc. v. Hewlett Packard Company*, Case

6        No. 3-12-CV-06487-PJH, filed on December 21, 2012.

7        b.    *Advanced Connection Technology, Inc. v. Toshiba America Information*

8        *Systems, Inc.*, Case No. 3-12-CV-06489-PSG, filed on December 21, 2012.

9        c.    *Advanced Connection Technology, Inc. v. Canon U.S.A. Inc.*, Case No. 3-12-

10        CV-06496-MMC, filed on December 21, 2012.

11    2.    On January 18, 2013, in anticipation of the amended complaint, the parties stipulated

12 to extend Canon's time to answer or otherwise respond to amended complaint to February 28, 2013.

13 The stipulation did not otherwise affect the existing deadlines set by the Court.

14    3.    On January 21, 2013, ACT filed its amended complaint. Canon answered the amended

15 complaint on February 28, 2013.

16    4.    On March 7, 2013, counsel for the parties met and conferred under Rule 26(f). In the

17 course of this discussion the parties agreed that it would be beneficial to consolidate the claim

18 construction procedures for all three cases. Because of the different procedural postures of the Canon,

19 TAIS, and HP cases, a continuance of the existing case deadlines would be appropriate to allow the

20 cases to align procedurally.

21    5.    On March 14, 2013, the parties filed a Stipulated Request to Extend Case Management

22 Deadlines Under Local Rule 6-2.  This Court granted the stipulation on March 18, 2013 (D.I. 22.)

23 and continued the case management conference to May 10, 2013.

24    6.    Since the court granted the parties' Stipulated Request, ACT has decided to request

25 that the court consider the cases to be related. ACT intends to file an administrative motion under

26 Local Rule 3-12 in the HP case, 3-12-CV-06487-PJH, to consider whether the Canon, TAIS, and HP

27 cases should be related. If this motion is granted, ACT anticipates this case will be reassigned to

Case No. CV 12-9496-MMC                                                                      Page 1
Stipulated Request and [Proposed] Order Extending Case Management Deadlines Pending Resolution of ACT's Motion to Relate Cases
DWT 21857126v1 0090626-000002

1  Judge Hamilton. The parties have met and conferred and agree that a further continuance of the case
2  management conference pending the resolution of the administrative motion would avoid undue
3  replication of efforts and conserve judicial and party resources.
4     Accordingly, the parties stipulate and respectfully request that the Court continue all existing
5  case deadlines pending the resolution of ACT's Local Rule 3-12 motion. ACT will keep the Court
6  apprised of further developments regarding its request to have the Canon, TAIS, and HP cases
7  related.

Date: May 1, 2013            _____/s/  Jing Hong Cherng_____
                             Mount, Spelman & Fingerman, P.C.
                             Counsel for Advanced Connection Technology Inc.

Date: May 1, 2013            _____/s/  Martin Fineman_____
                             Brinks Hofer Gilson & Lione
                             Davis Wright Tremaine LLP
                             Counsel for Canon U.S.A., Inc.

SO ORDERED. Specifically, the Case Management Conference is hereby CONTINUED from May 10, 2013 to May 31, 2013. A Joint Case Management Statement shall be filed no later than May 24, 2013.

Date: May 2, 2013

_____
Hon. Maxine M. Chesney
United States District Judge