Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Jing H. Cherng, Esq. (Cal. Bar No. 265017)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: dmount@mount.com, kspelman@mount.com,
   gcherng@mount.com

Counsel for Advanced Connection Technology Inc.

Martin L. Fineman (Cal. Bar. No. 104413)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: 415/276-6500
Facsimile: 415/276-6599
E-Mail: martinfineman@dwt.com

RALPH J. GABRIC (*Pro Hac Vice*)
TADASHI HORIE (*Pro Hac Vice*)
KORI ANNE BAGROWSKI (*Pro Hac Vice*)
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL  60611
Telephone:  312/321-4200
Facsimile:   312/321-4299
E-Mail: kbagrowski@brinkshofer.com; rgabric@brinkshofer.com
   thorie@brinkshofer.com

Attorneys for Defendant Canon USA, Inc.

United States District Court
Northern District of California

| | |
|---|---|
| Advanced Connection Technology Inc.,<br><br>         Plaintiff,<br><br>vs.<br><br>Canon U.S.A, Inc.<br><br>         Defendant | Case No.  CV 12-6496-MMC<br><br>**Stipulated Request and [Proposed] Order Extending Case Management Deadlines Pending Resolution of ACT's Motion to Relate Cases**  Order Continuing Case Management Conference |

Pursuant to Civil Local Rule 6-2, Plaintiff Advanced Connection Technology Inc. ("ACT") and Defendant Canon U.S.A. Inc. ("Canon") enter into this stipulation based on the following facts:

1.  ACT filed its complaints against Canon, Toshiba America Information Systems, and Hewlett Packard Company on December 21, 2012:

    a. *Advanced Connection Technology, Inc. v. Hewlett Packard Company*, Case No. 3-12-CV-06487-PJH, filed on December 21, 2012.

    b. *Advanced Connection Technology, Inc. v. Toshiba America Information Systems, Inc.*, Case No. 3-12-CV-06489-PSG, filed on December 21, 2012.

    c. *Advanced Connection Technology, Inc. v. Canon U.S.A. Inc.*, Case No. 3-12-CV-06496-MMC, filed on December 21, 2012.

2.  On January 18, 2013, in anticipation of the amended complaint, the parties stipulated to extend Canon's time to answer or otherwise respond to amended complaint to February 28, 2013. The stipulation did not otherwise affect the existing deadlines set by the Court.

3.  On January 21, 2013, ACT filed its amended complaint. Canon answered the amended complaint on February 28, 2013.

4.  On March 7, 2013, counsel for the parties met and conferred under Rule 26(f). In the course of this discussion the parties agreed that it would be beneficial to consolidate the claim construction procedures for all three cases. Because of the different procedural postures of the Canon, TAIS, and HP cases, a continuance of the existing case deadlines would be appropriate to allow the cases to align procedurally.

5.  On March 14, 2013, the parties filed a Stipulated Request to Extend Case Management Deadlines Under Local Rule 6-2.  This Court granted the stipulation on March 18, 2013 (D.I. 22.) and continued the case management conference to May 10, 2013.

6.   Since the court granted the parties' Stipulated Request, ACT has decided to request that the court consider the cases to be related. ACT intends to file an administrative motion under Local Rule 3-12 in the HP case, 3-12-CV-06487-PJH, to consider whether the Canon, TAIS, and HP cases should be related. If this motion is granted, ACT anticipates this case will be reassigned to

1  Judge Hamilton. The parties have met and conferred and agree that a further continuance of the case
2  management conference pending the resolution of the administrative motion would avoid undue
3  replication of efforts and conserve judicial and party resources.

4  Accordingly, the parties stipulate and respectfully request that the Court continue all existing
5  case deadlines pending the resolution of ACT's Local Rule 3-12 motion. ACT will keep the Court
6  apprised of further developments regarding its request to have the Canon, TAIS, and HP cases
7  related.

Date: May 1, 2013                         /s/  Jing Hong Cherng
                                          Mount, Spelman & Fingerman, P.C.
                                          Counsel for Advanced Connection Technology Inc.

Date: May 1, 2013                         /s/  Martin Fineman
                                          Brinks Hofer Gilson & Lione
                                          Davis Wright Tremaine LLP
                                          Counsel for Canon U.S.A., Inc.

1    SO ORDERED. Specifically, the Case Management Conference is hereby CONTINUED from May 10, 2013 to May 31, 2013.  A Joint Case Management Statement shall be filed no later than May 24, 2013.

Date: May 2, 2013

_____
Hon. Maxine M. Chesney
United States District Judge