Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Jing H. Cherng, Esq. (Car. Bar No. 265017)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: dmount@mount.com, kspelman@mount.com,
            gcherng@mount.com

Counsel for Advanced Connection Technology Inc.

Martin L. Fineman (Cal. Bar. No. 104413)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: 415/276-6500
Facsimile: 415/276-6599
E-Mail: martinfineman@dwt.com

RALPH J. GABRIC (*Pro Hac Vice*)
TADASHI HORIE (*Pro Hac Vice*)
KORI ANNE BAGROWSKI (*Pro Hac Vice*)
BRINKS GILSON & LIONE
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL  60611
Telephone: (312)321-4200
Facsimile: (312) 321-4299
E-Mail: kbagrowski@brinksgilson.com; rgabric@brinksgilson.com
            thorie@brinksgilson.com

Counsel for Canon U.S.A., Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Advanced Connection Technology Inc., | Case No.  CV 12-6496-PJH |
| Plaintiff, | |
| vs. | **Stipulation and [Proposed] Order** |
| Canon U.S.A, Inc. | |
| Defendant | |

DWT 24272111v1 0090626-000002

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Advanced Connection Technology Inc. and Defendant Canon U.S.A., Inc. hereby stipulate and agree that the above-captioned action shall be dismissed. Advanced Connection Technology's claims are hereby dismissed with prejudice. Canon U.S.A.'s affirmative defenses are hereby dismissed without prejudice. No costs, disbursements, or attorneys' fees shall be awarded to any party.

Date: June 11, 2014                                     /s/  Daniel S. Mount
                                                        Daniel S. Mount
                                                        Mount, Spelman & Fingerman, P.C.
                                                        Counsel for Advanced Connection Technology Inc.

Date:  June 11, 2014                                    /s/  Ralph J. Gabric
                                                        Ralph J. Gabric
                                                        Brinks, Gilson & Lione
                                                        Counsel for Canon U.S.A., Inc.

In compliance with General Order 45, X.B., I hereby attest that Daniel S. Mount has concurred in this filing.

Date: June 11, 2014                                     /s/  Martin L. Fineman
                                                        Martin L. Fineman
                                                        Davis Wright Tremaine LLP
                                                        Counsel for Canon U.S.A., Inc.

SO ORDERED:

_____
The Honorable Phyllis J. Hamilton
United States District Judge

Dated: June 13, 2014

Case No. CV 12-6496-PJH                                                                 Page 1
Stipulation and [Proposed] Order
DWT 24272111v1 0090626-000002